IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                                            | |
| Plaintiff,     ) | |
| )                                                            | |
| vs.                                               )            | Case No. 3:22-cr-30113-DWD |
| )                                                            | |
| TRENTYN D. LOUVIER-GIBSON,     ) | |
| )                                                            | |
| Defendant.  ) | |

### MEMORANDUM & ORDER

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 ("Motion") (Docs. 44 & 49). The Government does not oppose the Motion. (Doc. 51).

The parties agree Defendant is eligible for a reduction of sentence under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e) and concerns criminal history points awarded because a defendant was under a criminal sentence when he committed his offense of conviction ("status points"). Here, under the retroactive amendment to § 4A1.1, Defendant's criminal history points are reduced from 7 to 6 and the corresponding criminal history category is reduced from IV to III, resulting in a lower advisory guideline range of 57 to 71 months of imprisonment. (Docs. 49 & 51). Defendant notes these calculations accord with the U.S. Probation Office's calculations. (Doc. 49). In light of the lower advisory guideline range, the parties agree a sentence reduction from

87 months of imprisonment to 71 months of imprisonment is proper. (Docs. 39, 49, 51). The Court agrees for the reasons set forth in the Motion and Response. (Docs. 49 & 51).

Accordingly, the Court **GRANTS** the Motion (Docs. 44 & 49) and **REDUCES** Defendant's sentence from 87 months of imprisonment to 71 months of imprisonment on both Counts I and II, to run concurrently, effective February 1, 2024. The Court attaches its standard order (AO Form 247) to reflect the aforementioned sentence reduction. All other terms of the judgment, dated July 13, 2023, shall remain unchanged. (Doc. 42).

**SO ORDERED**.

Dated: December 29, 2023

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge