IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 3:22-cr-30113-DWD |
| ) | |
| TRENTYN D. LOUVIER-GIBSON,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On July 10, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 38) against Defendant for the following seized property:

**One American Tactical, model GSG 1911, .22 long rifle caliber pistol, bearing serial #A527217, and all ammunition possessed therewith.**

The Preliminary Order of Forfeiture further stated that the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government has provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 15, 2024, and ending April 13, 2024. (Doc. 64-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property under 21 U.S.C. § 853(n)(2).

Consequently, the Court **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title

to the above-described property that is the subject of the Preliminary Order of Forfeiture (Doc. 38) filed on July 10, 2023, namely:

> **One American Tactical, model GSG 1911, .22 long rifle caliber pistol, bearing serial #A527217, and all ammunition possessed therewith.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests is **GRANTED**. (Doc. 65).

**SO ORDERED**.

Dated: July 16, 2024.

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Court Judge
